# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARLEEN CAUSEY

NO. 2026 KW 0865

**JULY 13, 2026**

---

In Re:   Carleen Causey, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 2749-F-2025 / 2750-M-2025 ; 1585-F-2024 / 1587-M-2024.

---

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator does not clearly state what relief she seeks. If relator intends to seek review of the district court's ruling on the motion to suppress, she should specifically request that relief and identify how she believes the district court erred. Additionally, relator failed to include a copy of the suppression hearing transcript, the State's opposition, if any, and the bill of information. Therefore, this court cannot adequately review the district court's ruling herein. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S. Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT